Case 2:19-cr-00016-JMS-CMM     Document 48     Filed 07/18/25     Page 1 of 1 PageID #: 427

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Orlando Tony Mandre | ) <br> ) <br> ) Case No: 2:19CR00016-001 <br> ) USM No: 01334-408 <br> ) <br> ) Jacob Leon <br> ) *Defendant's Attorney* |
| Date of Original Judgment: 09/08/2020 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   21 months   months **is reduced to**   18 months*   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**\* consecutive to the sentence imposed in the District of Arizona docket number 4:15CR01068-RCC-1.**

Except as otherwise provided, all provisions of the judgment dated   09/08/2020   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   07/18/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Jane Magnus-Stinson, U.S. District Court Judge
*Printed name and title*